# EXHIBIT A

**Amy B. Goldsmith**

| | |
|---|---|
| **From:** | Etsy Legal <legal@etsy.com> |
| **Sent:** | Wednesday, April 24, 2019 3:50 PM |
| **To:** | Amy B. Goldsmith |
| **Subject:** | [EXT] We've received a counter notice |

# Etsy

## Dear Amy Goldsmith,

On April 23, 2019 you provided Etsy with notice of alleged copyright infringement. We're notifying you that Etsy received the following counter notice, as set forth by the DMCA and our Intellectual Property Policy.

Unless you notify us of an action seeking a court order against the allegedly infringing member, the member may reactivate or repost the material specified in the counter notice in 10 business days, on May 9, 2019.

Below is a copy of the counter notice for your records:

## Member's information

| | |
|---|---|
| **Name** | Soniya kawar |
| **Country** | India |
| **Address** | 106, shiri rampuri colony, niwaru road |
| **City** | Jaipur |
| **State** | Rajasthan |
| **Postal code** | 302012 |
| **Email** | soni080.ss@gmail.com |
| **Phone number** | 9145965492 |

## Material Being Countered

https://www.etsy.com/listing/667924614/wholesale-26mm-14k-solid-gold-pave

**By submitting the counter notice, the member agreed to the following statements and provided their signature.**

I swear under penalty of perjury that I have a good faith belief that the material was removed or disabled by mistake or because of misidentification of the material.

I consent to the jurisdiction of Federal Court for the judicial district in which I am located, or if my address is outside of the United States, for any judicial district in which Etsy is located, and that I will accept service of process from the person who provided the original notification or an agent of such person.

Thank you,
Etsy Legal

This is a confidential matter, and Etsy requests that you not discuss this issue in the Etsy Forums or otherwise violate the confidential nature of this email. This communication is not legal advice or legal representation. For legal help, please consult an attorney.

If you live in North America or South America, this email is sent by Etsy, Inc., 117 Adams Street, Brooklyn, NY 11201, USA; if you live elsewhere, this email is sent by Etsy Ireland UC, a subsidiary of Etsy, Inc., 66/67 Great Strand Street, Dublin 1, D01 RW84, Ireland having company registration number 495696 and VAT registration number IE9777587C. You are receiving this email because you registered on Etsy.com with this email address.

Copyright © 2019 Etsy, Inc, an affiliate of Etsy Ireland UC. All rights reserved.