# EXHIBIT B

# **STONED HEARTLOCK WITH DIAMONDS**

  

  

Blackened White Gold Heart with Baguette Diamonds

Blackened White Gold Heart with Baguette Rubies and Blue Sapphires

Blackened White Gold Heart with Inverted Rubies

 

Stoned Heartlock with Turquoise
$ 1,748.00

Stoned Heartlock with Turquoise and Lapis