# EXHIBIT C

 Innovation, Sciences et Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and Economic Development Canada
Canadian Intellectual Property Office

*Certificat d'enregistrement du*
*Droit d'auteur*

*Certificate of Registration of*
*Copyright*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre décrite ci-dessous, a été enregistré à la date d'enregistrement comme suit :*

This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work described below was registered on the date of registration as follows:

Date d'enregistrement - Date of Registration : **February 26, 2019**

Numéro d'enregistrement - Registration No. : **1157295**

Première publication - First Publication : **February 4, 2016**
**New York, New York, United States of America**

Titre - Title : **Stoned Heartlock with Diamonds**

Catégorie - Category : **Artistic**

Titulaire(s) - Owner(s) : **Tastefairy Corporation d/b/a Marla Aaron Jewelry**
**435 East 76th Street, Suite 1D**
**New York, New York**
**United States of America, 10021**

Auteur(s) - Author(s) : **Marla Aaron**

Date d'émission du certificat - Date of Issuance of Certificate : **February 26, 2019**

*[signature]*
Commissaire aux brevets  Commissioner of Patents

 Canada

(CIPO 00200)
29-08-18